failure to exercise discretion; mere silence is inadequate evidence the district court was unaware of its authority to depart. *See United States v. Brown*, 985 F.2d 478, 480 (9th Cir.1993). Finally, as the district court itself indicated, it did not consider the dropped continuing criminal enterprise count in determining Hinojosa's sentence. *See United States v. Castro–Cervantes*, 927 F.2d 1079 (9th Cir.1990). Accordingly, the district court need not revisit sentencing decisions other than the upward departure issue discussed in Part I of this opinion.

Appellant's sentence is VACATED and the case REMANDED to the district court for further proceedings consistent with this opinion.

cause our mandate issued on November 21, 1997, we treat the motion as one to recall the mandate. Under our inherent authority to recall the mandate for the purpose of clarifying an ambiguous prior order of the court, *see Coleman v. Turpen*, 827 F.2d 667, 671 (10th Cir.1987); *Dilley v. Alexander*, 627 F.2d 407, 410–411 (D.C.Cir.1980), we grant the motion and recall the mandate.

We clarify the opinion by eliminating the phrase on page 3 stating that we grant summary judgment in favor of Munson and by stating instead that we remand the matter for further consideration. In addition, on the last page we eliminate the phrase "and Munson thus has a complete defense to the nonpayment of royalties to the Barrows."

■

**JAMES BARLOW FAMILY LIMITED PARTNERSHIP; John and Lois Haun Family Partnership; Barlow & Haun, Inc.; L.A. McPeek and Company; Barbara B. Crews; B.J. Bradshaw Estate, by First Interstate Bank of Utah, Trustee; Alpha Exploration, Inc.; Chevron U.S.A., Inc., Plaintiffs–Appellees,**

v.

**DAVID M. MUNSON, INC., Defendant–Appellant.**

**UNITED STATES of America, Amicus Curiae.**

No. 96–1202.

United States Court of Appeals, Tenth Circuit.

Dec. 15, 1997.

Before SEYMOUR, Chief Judge, and HENRY and BRISCOE, Circuit Judges.

### ORDER

The Barlows have filed a motion to clarify our order and opinion on rehearing. Be-

■

**JAMES BARLOW FAMILY LIMITED PARTNERSHIP; John and Lois Haun Family Partnership; Barlow & Haun, Inc.; L.A. McPeek and Company; Barbara B. Crews; B.J. Bradshaw Estate, by First Interstate Bank of Utah, Trustee; Alpha Exploration, Inc.; Chevron U.S.A., Inc., Plaintiffs–Appellees,**

v.

**DAVID M. MUNSON, INC., Defendant–Appellant.**

United States of America, Amicus Curiae.

No. 96–1202.

United States Court of Appeals, Tenth Circuit.

Aug. 26, 1997.

As Clarified Dec. 15, 1997.